IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM D. COLBERT,

    Plaintiff,

v.                                                                       No. 21-cv-0786 KG-JHR

UNITED STATES, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Civil Letter-Complaint (Doc. 1). He seeks damages based on, inter alia, racketeering and fraud. The filing is deficient because Plaintiff failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency within thirty (30) days of entry of this Order. All filings must include the case number (21-cv-0786 KG-JHR). The failure to timely comply with this Order will result in dismissal of the case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **February 19, 2021 and August 19, 2021**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail Plaintiff a blank *in forma pauperis* motion.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE