IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM D. COLBERT,

    Plaintiff,

v.                                                  No. 21-cv-0786 KG-JHR

UNITED STATES, *et al*,

    Defendants.

## SECOND ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 4). The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(b)(1). Within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions between February 19, 2021 and August 19, 2021. All filings should include the case number (21-cv-0786 KG-JHR). The failure to timely comply with this Order will result in dismissal of this action without prejudice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall file a certified inmate account statement reflecting transactions between February 19, 2021 and August 19, 2021.

_____
UNITED STATES MAGISTRATE JUDGE